## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 5:24-cr-00070-OLG-5** |
| | § | |
| **HOMAR LOPEZ** | § | |

## ORDER

Upon the defendant, HOMAR LOPEZ'S, Motion to Continue Trial, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion.

DONE this _____ day of April 2024, at San Antonio, Texas.

_____
HONORABLE JUDGE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE